UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                          Case No.: 6:17-bk-00151
Jerome Cuthberth Thompson                      Chapter 13
       Debtor(s)

_____/

## MOTION FOR REFERRAL TO MORTGAGE MODIFICATION MEDIATION

     The Debtor, **Jerome Cuthberth Thompson,** request entry of an order referring the Debtor and **ALS IV LLC**, whose mortgage lien encumbers the Debtor's real property located at **735 Del Rio Way, Kissimmee, FL 34758** with a Mortgage Loan Number ending in **7792**, to mortgage modification mediation, and in support states:

1. Debtor filed this bankruptcy case in an attempt to retain their primary residence.
2. The Debtor would like to modify the terms of the mortgage encumbering their residential property. The Debtor's income will allow them to contribute as much as 31 percent of their current gross income to payment of their modified mortgage debt.
3. Mediation will assist the parties in negotiation of a modification of the relevant mortgage.

   WHEREFORE**,** the Debtor(s) request the entry of an order referring this case to mediation and for such other and further relief as this Court deems just and proper.

Dated February 10, 2017

                       /s/ David E Borack
                       David E Borack, Esq.
                       Attorney for Debtor
                       PO Box 915498
                       Longwood, FL 32791
                       Ph: 407-644-8285
                       Fx: 407-622-4880
                       dborack@boracklawgroup.com

### CERTIFICATE OF SERVICE

    I, David Borack, hereby certify that a true and correct copy of the foregoing Motion for Referral to Mortgage Modification Mediation has been mailed by first class mail on this 10th day of February, 2017 to the following: Daniel Y. Gielchinsky, Esq. 1135 Kane Concourse, 3rd Floor, Bay Harbor Islands, FL 33154 and Laurie Weatherford, PO Box 3450, Winter Park, FL 32790.

                       /s/ David E Borack
                       David E Borack, Esq.