UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
CASE NO.: 6:17-bk-00151ABB Chapter 13

In Re:
Jerome Cuthbert Thompson
    Debtor.
_____/

**MEDIATION REPORT**

In accordance with the Mortgage Modification Mediation Order a mediation conference was conducted by Viktoria Collins, Florida Supreme Court Certified Circuit Civil Mediator, on May 5, 2017.

(1) The following were present at the mediation conference:

(a) Creditor's representative Steven Amster (via telephone) and Creditor's attorney, Damian Walden, Esquire (via telephone).

(b) Debtor Jerome Cuthbert Thompson and Debtor's attorney David E. Borack, Esquire. Also present was Gergina Thompson.

(2) The results of the conference are indicated below:

The parties agreed to adjourn the mediation.

Respectfully submitted this 16th day of May, 2017.

/s Viktoria Collins
Viktoria Collins, Esquire
Circuit Court Mediator
Certification No.: 20426CFR
Fla. Bar No. 0521299
200 South Knowles Avenue
Winter Park, FL 32789
Telephone: (407) 790 4173
Facsimile:   (407) 347 4092

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic mail to:

**Debtors**, c/o Debtor's Counsel;
**Debtors' Counsel**, David E. Borack, The Borack Law Group, 130 Crown Oak Centre Dr., Longwood, FL 32750;

**Chapter 13 Trustee**, Laurie K. Weatherford, PO Box 3450, Winter Park, FL 32792;

**Creditor**, c/o Creditor's Counsel;
**Creditor's Counsel:**   Damian Walden, Esq. Daniel Y Gielchinsky PA.1177 Kane Concourse, Bay Harbor Islands, FL 33154