UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
CASE NO.: 6:17-bk-00151ABB Chapter 13

In Re:
Jerome Cuthbert Thompson
    Debtor.
_____/

## **FINAL MEDIATION REPORT**

In accordance with the Mortgage Modification Mediation Order a mediation conference was conducted by Viktoria Collins, Florida Supreme Court Certified Circuit Civil Mediator, on May 5, 2017 and was adjourned. Prior to returning to mediation the following occurred:

    An agreement was reached.

### **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by electronic mail to:

**Debtors**, c/o Debtor's Counsel;
**Debtors' Counsel**, David E. Borack, The Borack Law Group, 130 Crown Oak Centre Dr., Longwood, FL 32750;

**Chapter 13 Trustee**, Laurie K. Weatherford, PO Box 3450, Winter Park, FL 32792;

**Creditor**, c/o Creditor's Counsel;
**Creditor's Counsel:**   Damian Walden, Esq. Daniel Y Gielchinsky PA.1177 Kane Concourse, Bay Harbor Islands, FL 33154

    Respectfully submitted this 1st day of June, 2017.

                                                                     /s Viktoria Collins
                                                                     Viktoria Collins, Esquire
                                                                       Circuit Court Mediator
                                                                       Certification No.: 20426CFR
                                                                       Fla. Bar No. 0521299
                                                                       200 South Knowles Avenue
                                                                       Winter Park, FL 32789
                                                                       Telephone: (407) 790 4173
                                                                       Facsimile:   (407) 347 4092